CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED for RKO

DEC 17 2010

JULIA C. DUDLEY, CLERK
BY: H McClenagd
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JOHN LAMONT MCKINNON, | ) | Civil Action No. 7:10-cv-00220 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| BRYAN WATSON, et al., | ) | By: Hon. Jackson L. Kiser |
| Defendants. | ) | Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

**ORDERED**

that the defendants' motion for summary judgment is **GRANTED** and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the plaintiff and counsel of record for the defendants.

ENTER: This 17th day of December, 2010.

*/s/ Jackson L. Kiser*
Senior United States District Judge

8